# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROSE THOMAS, on behalf of herself and all others similarly situated

v.

OUTBOUND ENGINE, INC.,

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Rose Thomas (Plaintiff);
- Scott A. Bursor (Counsel for Plaintiff)
- Bursor & Fisher, P.A. (Plaintiff's law firm)
- Outbound Engine, Inc. (Defendant)
- Unknown (Counsel for Defendant)
- Unknown (Law Firm for Defendant)

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known at this time

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known at this time

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Rose Thomas
- All others similarly situated to Plaintiff Thomas who are unknown at this time but will be revealed through discovery

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| 11/5/2018 | \_\_\_\_\_s/ Scott A. Bursor _____ |
| | Scott A. Bursor |
| | Bursor & Fisher, P.A. |
| | 2665 South Bayshore Drive |
| | Suite 220 |
| | Miami, FL 33133 |
| | Telephone: 212-989-9113 |
| | E-Mail: scott@bursor.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system.