# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROSE THOMAS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No:　6:18-cv-1775-Orl-31KRS

**OUTBOUND ENGINE, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO ADMIT COUNSEL PRO HAC VICE** (Doc. No. 16)
>
> **FILED:** November 29, 2018
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Andrew J. Obergfell, Esq., seeks to specially appear as counsel for Plaintiff with Scott Bursor, Esq., serving as local counsel. The motion does not comply with Local Rule 3.01(g). Any renewed motion must comply with Local Rule 3.01(g).

In addition, the motion does not provide all the information required by Local Rule 2.02(a). Specifically, although the motion recites that Attorney Obergfell "does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida," the motion does not provide the Court with any information that would allow it to evaluate that assertion. Accordingly, a renewed motion must list each case in Florida state or federal courts in which

- 2 -

Attorney Obergfell has appeared in the 365-day period preceding the filing of the renewed motion. If admission in this case would be the fourth or greater appearance for Attorney Obergfell, the motion should be supported by a showing of why an additional special admission would not abuse the privilege of appearing specially in Florida courts.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE