**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROSE THOMAS,**

        **Plaintiff,**

**v.**                                              **Case No:   6:18-cv-1775-Orl-31KRS**

**OUTBOUND ENGINE, INC.,**

        **Defendant.**

**ORDER**
(And Direction to the Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO ADMIT COUNSEL *PRO HAC VICE*   (Doc. No. 22)** |
| **FILED:** | **December 10, 2018** |
| | **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

Alec M. Leslie, Esq., may specially appear in this case as counsel for Plaintiff with Scott Bursor, Esq., serving as local counsel.  The motion represents that Attorney Leslie has registered for a CM/ECF login and password through the website at www.flmd.uscourts.gov.  Doc. No. 22 ¶ 5.  Attorney Leslie shall immediately begin using the CM/ECF docket system and begin filing electronically.  He shall also ensure that his contact information is entered into CM/ECF.[1]

---

[1] Counsel did not provide an address or other contact information for Attorney Leslie in the instant motion.  In his Special Admission Attorney Certification, filed with the Clerk of Court, Attorney Leslie represents that his address is 888 7th Avenue, New York, NY 10106.

- 2 -

The **Clerk of Court** is directed to mail a copy of this Order to Attorney Leslie.   Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
