# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROSE THOMAS,

        **Plaintiff,**

v.                                             Case No:   6:18-cv-1775-Orl-31LRH

OUTBOUND ENGINE, INC.,

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed in its entirety with prejudice as to Rose Thomas's individual claims against Outbound Engine, Inc., and without prejudice as to the claims of the putative class members.   Each party shall bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 26, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties